COLLINS ET AL., APPELLEES, *v.* ST. ELIZABETH HOSPITAL ET AL.;
PESA ET AL., APPELLANTS.

[Cite as Collins *v.* St. Elizabeth Hosp. (1987), 33 Ohio St. 3d 65.]

(No. 86-1875—Decided October 28, 1987.)

*Spangenberg, Shibley, Traci & Lancione* and *John D. Liber,* for appellees.

*Pfau, Pfau, & Pfau* and *William E. Pfau III,* for appellants.

*Keating, Ritchie, Lyon & Norwine* and *Michael F. Lyon,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

The judgment of the court of appeals in case No. 85 CA 6, before this court pursuant to the allowance of a motion to certify the record, is affirmed on authority of *Frysinger* v. *Leech* (1987), 32 Ohio St. 3d 38, 512 N.E. 2d 337.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.